# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0645. STACEY B. SIMS v. THE STATE.**

In 2010, Stacey B. Sims pleaded guilty to multiple offenses, including six counts of murder. In 2020, he filed an out of time motion to withdraw his guilty plea, which the trial court dismissed. Sims then filed this appeal. The Supreme Court, however, has jurisdiction over this case.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). Accordingly, this appeal is hereby TRANSFERRED to the

Supreme Court.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 12/16/2020*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

       *Stephen E. Castlen*   *, Clerk.*